**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: February 27, 2020**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-10114 |
| | | CHAPTER 13 |
| KASHINA S WHITMORE | | |
| | : | JUDGE BETH A. BUCHANAN |
| DEBTOR | | |

---

**AGREED ORDER AS TO TAX REFUNDS AND RETURNS (DOC. 1 )**

---

Debtor(s) and the Chapter 13 Trustee agree that any confirmation of debtor(s)' plan shall be subject to the follow conditions:

Pursuant to the plan as filed, Debtor(s) agree to file Tax Returns by April 15 of each year and provide a copy to Counsel to forward to the Trustee by April 30 of each year. Amended Schedules I, J and amended plan will be filed if income changes.

The plan provides as follows:
**8. FEDERAL INCOME  TAX RETURNS AND REFUNDS**

**8.1 Federal Income Tax Returns**

If requested by the Trustee, the Debtor shall provide the Trustee with a copy of each federal income tax return filed during the Plan term by April 30 of each year.

**8.2 Federal Income Tax Refunds**

Notwithstanding single/joint tax filing status, the Debtor may annually retain the greater of (1) any earned income tax credit and/or additional child tax credit or (2) $3,000 of any federal income tax refund for maintenance and support pursuant to§ 1325(b)(2)  and shall turnover any balance in excess of such amount to the Trustee. Unless otherwise ordered by the Court, tax refunds turned over to the Trustee shall be distributed by the Trustee for the benefit of creditors. Any motion to retain a tax refund in excess of the amount set forth above shall be filed and served pursuant to LBR 9013-3(b).

IT IS SO ORDERED.

Agreed BY:


/s/    KASHINA S WHITMORE
       KASHINA S WHITMORE


/s/    BENJAMIN N. WOLFF, ESQ.
       BENJAMIN N. WOLFF, ESQ.
       DEIGHAN LAW LLC
       28 W. FIFTH ST.
       COVINGTON, KY  41011


/s/    Margaret A. Burks, Esq.
       Margaret A. Burks, Esq. 0030377
       Chapter 13 Trustee
       600 Vine St., Suite 2200
       Cincinnati, OH 45202
       (513) 621-4488


Copies to:  Default List